1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

### WESTERN DIVISION

11

12  DANIEL RODRIGUEZ,                      )     No.  CV 08-3815-PLA
                                           )
13              Plaintiff,                  )
                                           )     **JUDGMENT**
14       v.                                )
                                           )
15  MICHAEL J. ASTRUE,                     )
    COMMISSIONER OF SOCIAL                 )
16  SECURITY ADMINISTRATION,               )
                                           )
17              Defendant.                 )
                                           )
18

19       In accordance with the Memorandum Opinion filed concurrently herewith,

20       IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

21  Security Administration, is reversed and this case is remanded for further administrative

22  proceedings consistent with the Memorandum Opinion.

23

24  DATED: July 15, 2009

25                                              PAUL L. ABRAMS
                                                UNITED STATES MAGISTRATE JUDGE
26
27
28